UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Fish & Richardson P.C., P.A.,

    Plaintiff,

vs.

Menard, Inc.,
a Wisconsin corporation,

    Defendant.

Court File No. 03-4098 MJD/SRN

**ORDER TO RE-CLOSE FILE**

---

The above-entitled matter came on before the Honorable Michael J. Davis at the United States Courthouse, 300 South Fourth Street, Minneapolis, MN 55415.

Based upon the Stipulation of the parties to Re-Close File:

**IT IS HEREBY ORDERED:**

This file, which had been closed in May 2004 and then re-opened for a motion to enforce the settlement, can now be re-closed.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

                                            **BY THE COURT:**

Dated: January 6, 2006                              s / Michael J. Davis
                                                                                Honorable Michael J. Davis
                                                                                Judge of United States District Court